[No. 35731-0-I.    Division One.    May 20, 1996.]

*In the Matter of the Dependency of* J.L.

MARDEE LANG, *Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-7-00410-3, Richard J. Thorpe, J., entered November 16, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36129-5-I.    Division One.    May 20, 1996.]

PAUL A. AMEDEN, *Appellant*, v. AMERICAN RESTAURANT GROUP, INC., ET AL., *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-02121-4, Linda Krese, J., entered November 19, 1994, January 23, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid and Becker, JJ.

[No. 14142-0-III.    Division Three.    May 21, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. McMILLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 92-1-00042-1, Harold D. Clarke, J., entered June 30, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

[No. 14171-3-III.    Division Three.    May 21, 1996.]

JOHN ESPINOSA, ET AL., *Respondents*, v. RUSSELL L WILLIAMSON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 92-2-01049-3, Duane E. Taber, J., entered June 30, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.